**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6588**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALVIN B. TRUESDALE,

                                    Defendant - Appellant.

———————————

**No. 97-6799**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALVIN B. TRUESDALE,

                                    Defendant - Appellant.

———————————

Appeals from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Robert D. Potter, Senior
District Judge.  (CR-92-34-P)

———————————

Submitted:  January 22, 1998          Decided:  February 3, 1998

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin B. Truesdale, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 97-6588, Appellant appeals the district court's order denying his fourth motion for the return of property which had been properly forfeited. In No. 97-6799, he appeals from the district court's order imposing monetary sanctions on him for his repetitious filing of motions for the return of property, and enjoining him from filing anything further in the United States District Court for the Western District of North Carolina until the sanctions are paid and unless a district court judge certifies that the claim is not frivolous. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny as moot Appellant's motion to place appeal No. 97-6588 in abeyance, and we affirm on the reasoning of the district court. United States v. Truesdale, No. CR-92-34-P (W.D.N.C. Apr. 2, 1997; May 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3